**Quintin G. Shammam, Esq. (SBN. 246926)**
**LAW OFFICES OF QUINTIN G. SHAMMAM**
2221 Camino Del Rio South, Ste. 207
San Diego, California 92108
Tel: (619) 444-0001
Fax: (619) 501-1119

Attorney for Plaintiff
JOSEPH BRIKHO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRIKHO, | **Case No.:** 12-CV-1795-JAH (JMA) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |
| vs. | [F.R.Civ.P. Rule 41(a)(1)] |
| CARDWORKS SERVICING, LLC, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff Joseph Brikho and Defendant Cardworks Servicing, LLC, stipulate, and the Court hereby orders as follows:

1. The claims asserted by Plaintiff Joseph Brikho against Defendant Cardworks Servicing, LLC in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party is to bear its own fees and costs.

///

LAW OFFICES OF
QUINTIN G.
SHAMMAM

TEL (619) 444-0001
FAX (619) 501-1119

-1-

STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE

1  DATED: November 20, 2012                LAW OFFICES OF QUINTIN G. SHAMMAM

2

3                                          __/s/ QUINTIN G. SHAMMAM_____
                                           By: QUINTIN G. SHAMMAM, Attorney for
4                                          Plaintiff JOSEPH BRIKHO

5

6  DATED: November 20, 2012                STROOCK & STROOCK & LAVAN LLP

7
                                           __/s/ SHANNON E. PONEK_____
8                                          By: SHANNON E. PONEK, Attorney for
                                           Defendant ASSET ACCEPTANCE, LLC
9

10

11 THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
12

13
   DATED:
14

15
                                           _____
16                                         The Honorable Judge
                                           JAN M. ADLER
17                                         United States District Court,
                                           Southern District of California
18

LAW OFFICES OF
QUINTIN G.
SHAMMAM

TEL (619) 444-0001
FAX (619) 501-1119

-2-

**STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE**