# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRIKHO,<br><br>    Plaintiff,<br><br>vs.<br><br>CARDWORKS SERVICING, LLC,<br><br>    Defendant. | Case No.: 12-CV-1795-JAH (JMA)<br><br>**ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>[F.R.Civ.P. Rule 41(a)(1)] |

Based upon the Stipulation for Dismissal of Claims with Prejudice filed by the parties, and good cause appearing, the Court hereby orders the claims asserted by Plaintiff Joseph Brikho against Defendant Cardworks Servicing, LLC in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party is to bear its own fees and costs.

IT IS SO ORDERED.

DATED:    November 30, 2012

_____
JOHN A. HOUSTON
United States District Judge